UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ERIC RIVERA,**

    **Petitioner,**

**v.**                                        **Case No.  3:25-cv-270-TKW-MAL**

**WARDEN SAULSBERRY,**

    **Respondent.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to exhaust administrative remedies.[1] Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] Based on this disposition, the Court need not consider the magistrate judge's alternative recommendation that the petition should be denied on the merits.

2. Respondent's motion to dismiss (Doc. 8) is GRANTED, and the Petitioner's §2241 habeas petition is DISMISSED for failure to exhaust administrative remedies.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 24th day of October, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**